```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 00571
    ROBERT E JONES
    JAWANDA JONES                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-1897     SSN XXX-XX-1998

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 01/23/2006 and was confirmed 06/29/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  20.00%.

       The case was converted to chapter 7 after confirmation 08/13/2007.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
  CENTRIX FINANCIAL LLC      SECURED          15278.74       1291.56       3225.74
  WELLS FARGO BANK           CURRENT MORTG        .00            .00           .00
  WELLS FARGO BANK           MORTGAGE ARRE     5648.07           .00       5648.07
  ILLINOIS DEPT OF REVENUE   PRIORITY          1273.34           .00        463.25
  INTERNAL REVENUE SERVICE   PRIORITY          4387.88           .00           .00
  ACCOUNT RECOVERY SERVICE   NOTICE ONLY     NOT FILED          .00           .00
  ADVOCATE PROFFESIONAL GR   UNSECURED       NOT FILED          .00           .00
  CITY OF CHICAGO PARKING    UNSECURED          350.00          .00           .00
  CHICAGO DEPT OF REVENUE    UNSECURED       NOT FILED          .00           .00
  CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED          .00           .00
  COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00           .00
  CRD PRT ASSOC              UNSECURED       NOT FILED          .00           .00
  GAC                        UNSECURED       NOT FILED          .00           .00
  I C COLLECTION SERVICE     UNSECURED       NOT FILED          .00           .00
  I C COLLECTION SERVICE     UNSECURED       NOT FILED          .00           .00
  IL DEPT OF EMPLOYMENT SE   UNSECURED       NOT FILED          .00           .00
  LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED          .00           .00
  NORTHWESTERN DENTAL CENT   UNSECURED       NOT FILED          .00           .00
  OXFORD MANAGEMENT SERV     UNSECURED       NOT FILED          .00           .00
  PEOPLES GAS LIGHT & COKE   UNSECURED          931.40          .00           .00
  STATE DISBURSEMENT UNIT    NOTICE ONLY     NOT FILED          .00           .00
  VANRU CREDIT               UNSECURED       NOT FILED          .00           .00
  MEADOWS CREDIT UNION       NOTICE ONLY     NOT FILED          .00           .00
  INTERNAL REVENUE SERVICE   SPECIAL CLASS      169.91          .00           .00
  LATRINA JONES              NOTICE ONLY     NOT FILED          .00           .00
  ILLINOIS DEPT OF PUBLIC    PRIORITY          2381.63          .00           .00
  ILL DEPT HEALTH & FAM SE   NOTICE ONLY     NOT FILED          .00           .00
  ILLINOIS DEPT OF REVENUE   UNSECURED           53.80          .00           .00
  ILLINOIS DEPT OF PUBLIC    UNSECURED         2882.44          .00           .00
  CENTRIX FINANCIAL LLC      UNSECURED       NOT FILED          .00           .00
  LATRINA JONES              PRIORITY        NOT FILED          .00           .00
  THOMAS W LYNCH             DEBTOR ATTY      2,584.00                     2,584.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 00571 ROBERT E JONES & JAWANDA JONES
```

```
TOM VAUGHN                  TRUSTEE                                    611.38
DEBTOR REFUND               REFUND                                        .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   13,824.00

PRIORITY                                        463.25
SECURED                                       8,873.81
    INTEREST                                  1,291.56
UNSECURED                                          .00
ADMINISTRATIVE                                2,584.00
TRUSTEE COMPENSATION                            611.38
DEBTOR REFUND                                      .00
                        ---------------    ---------------
TOTALS                    13,824.00           13,824.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/28/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 00571 ROBERT E JONES & JAWANDA JONES